**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-26479 |
| | § | |
| TRISTIN C HICKS | § | |
| PARISSA A BOSTON | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/03/2015. The undersigned trustee was appointed on 08/03/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $540.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $113.40 |
    | Bank service fees | $0.34 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $426.26 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/28/2016 and the deadline for filing government claims was 09/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $135.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $70.75, for total expenses of $70.75.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2017    By:    /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 15-26479  Doc 71  Filed 12/14/17  Entered 12/14/17 09:09:23  Desc Main
Document    Page 3 of 13

FORM 1

Page No: 1  Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-26479-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | Date Filed (f) or Converted (c): | 08/03/2015 (f) |
| For the Period Ending: | 11/12/2017 | §341(a) Meeting Date: | 09/16/2015 |
| | | Claims Bar Date: | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Bank of America Checking | $8.00 | $0.00 | | $0.00 | FA |
| 2  Bank of America Savings | $21.00 | $0.00 | | $0.00 | FA |
| 3  Chase Bank Checking | $0.00 | $0.00 | | $0.00 | FA |
| 4  Chase Bank Savings | $0.00 | $0.00 | | $0.00 | FA |
| 5  Bank of America Checking | $0.00 | $0.00 | | $0.00 | FA |
| 6  Alliant Credit Union Checking | $0.00 | $0.00 | | $0.00 | FA |
| 7  Alliant Credit Union Savings | $5.00 | $0.00 | | $0.00 | FA |
| 8  Security Deposit with Landlord | $300.00 | $0.00 | | $0.00 | FA |
| 9  Used Household Goods & Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 10  Clothing & Shoes | $700.00 | $0.00 | | $0.00 | FA |
| 11  2014 Ford Focus: 20,000 Miles Est. SURRENDER | $12,475.00 | $0.00 | | $0.00 | FA |
| 12  Wife's Anticipated Tax Refund as of date of filing (u) | $1,333.00 | $0.00 | | $0.00 | FA |
| 13  Husband's Anticipated Tax Refund as of the date of filing (u) | $1,753.15 | $0.00 | | $0.00 | FA |
| 14  14k white gold and diamond earrings (u) | $0.00 | $4,539.00 | | $400.00 | FA |
| **Asset Notes:** Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); merchant's retail value of $4,539 greatly overstated; earrings sold at auction for $400 (auction sale authorized at dkt #67). | | | | | |
| 15  Movado Series 800 Watch (retail $995) (u) | $0.00 | $995.00 | | $140.00 | FA |
| **Asset Notes:** Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); watch sold at auction for $140 (auction sale authorized at dkt #67). | | | | | |
| 16  14k white gold Neil Lane Bridal set (retail $2,599) (u) | $0.00 | $2,599.00 | | $0.00 | FA |
| **Asset Notes:** Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); item never turned over, Debtors claiming that it was returned to creditor post-petition; item to be abandoned (discharge has been denied). | | | | | |
| 17  10k white gold wedding band (value at $689) (u) | $0.00 | $689.00 | | $0.00 | FA |
| **Asset Notes:** Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); item never turned over, Debtors claiming that it was returned to creditor post-petition; item to be abandoned (discharge has been denied). | | | | | |
| 18  About $6,000 in furniture purchased around August 2015 (u) | $0.00 | $6,000.00 | | $0.00 | FA |
| 19  $3,000-4,000 in clothing (u) | $0.00 | $3,500.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** 15-26479-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** HICKS, TRISTIN C AND BOSTON, PARISSA A | **Date Filed (f) or Converted (c):** | 08/03/2015 (f) |
| **For the Period Ending:** 11/12/2017 | **§341(a) Meeting Date:** | 09/16/2015 |
| | **Claims Bar Date:** | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $17,095.15 | $18,322.00 | | $540.00 | $0.00 |

**Initial Projected Date Of Final Report (TFR):** 12/31/2017  **Current Projected Date Of Final Report (TFR):**  /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-26479-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6786 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***6787 | Account Title: | |
| For Period Beginning: | 8/3/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 09/04/2017 | | Leonard Auction, Inc. | Proceeds from sale of diamond earrings at auction | * | $316.00 | | $316.00 |
| | {14} | | Gross Proceeds of Auction  $400.00 | 1229-000 | | | $316.00 |
| | | | Auctioneer's fee  $(80.00) | 3610-000 | | | $316.00 |
| | | | auctioneer's insurancer  $(4.00) | 2420-750 | | | $316.00 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.34 | $315.66 |
| 10/03/2017 | | Leonard Auction, Inc. | Proceeds from sale of Movado Watch at auction | * | $110.60 | | $426.26 |
| | {15} | | Gross proceeds from auction  $140.00 | 1229-000 | | | $426.26 |
| | | | Auctioneer's fee  $(28.00) | 3610-000 | | | $426.26 |
| | | | Auctioneer's insurance  $(1.40) | 2420-750 | | | $426.26 |
| | | | **TOTALS:** | | $426.60 | $0.34 | $426.26 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $426.60 | $0.34 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $426.60 | $0.34 | |

| For the period of  8/3/2015 to 11/12/2017 | | For the entire history of the account between 09/04/2017 to 11/12/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $540.00 | Total Compensable Receipts: | $540.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $540.00 | Total Comp/Non Comp Receipts: | $540.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $113.74 | Total Compensable Disbursements: | $113.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.74 | Total Comp/Non Comp Disbursements: | $113.74 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**  Page No: 2  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-26479-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6786 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***6787 | | Account Title: | |
| For Period Beginning: | 8/3/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/12/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $426.60 | $0.34 | $426.26 |

**For the period of 8/3/2015 to 11/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $540.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $540.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2015 to 11/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $540.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $540.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.74 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.74 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 15-26479-JBS | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | | | | | | | | Date: 11/12/2017 |
| Claims Bar Date: | 09/28/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $70.75 | $0.00 | $0.00 | $0.00 | $70.75 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | U.S. DEPARTMENT OF EDUCATION c/o Fedloan Servicing P.O. Box 69184 Harrisburg PA 17106-9184 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $21,012.93 | $0.00 | $0.00 | $0.00 | $21,012.93 |
| 1 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $572.60 | $0.00 | $0.00 | $0.00 | $572.60 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA Funding LLC PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $451.64 | $0.00 | $0.00 | $0.00 | $451.64 |

Case 15-26479    Doc 71    Filed 12/14/17    Entered 12/14/17 09:09:23    Desc Main
Document    Page 8 of 13

CLAIM ANALYSIS REPORT — Page No: 2 — Exhibit C

Case 15-26479    Doc 71    Filed 12/14/17    Entered 12/14/17 09:09:23    Desc Main
Document    Page 8 of 13

# CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 15-26479-JBS | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | | | | | | | Date: 11/12/2017 |
| Claims Bar Date: | 09/28/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>MOMA Funding LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,424.03 | $0.00 | $0.00 | $0.00 | $6,424.03 |
| 4 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $744.17 | $0.00 | $0.00 | $0.00 | $744.17 |
| 5 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $836.08 | $0.00 | $0.00 | $0.00 | $836.08 |
| 7 | ALLIANT CREDIT UNION<br><br>Attn: Collection Dept<br>Po Box 66945<br>Chicago IL 60666 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $579.59 | $0.00 | $0.00 | $0.00 | $579.59 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,964.14 | $0.00 | $0.00 | $0.00 | $2,964.14 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $526.79 | $0.00 | $0.00 | $0.00 | $526.79 |

# CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

| Case No. | 15-26479-JBS | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | | | | | | | | Date: 11/12/2017 |
| Claims Bar Date: | 09/28/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $562.55 | $0.00 | $0.00 | $0.00 | $562.55 |
| | | | | | $34,745.27 | $0.00 | $0.00 | $0.00 | $34,745.27 |

**CLAIM ANALYSIS REPORT**

Page No: 4
Exhibit C

| Case No．: | 15-26479-JBS | Trustee Name: David Leibowitz |
| --- | --- | --- |
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | Date: 11/12/2017 |
| Claims Bar Date: | 09/28/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Attorney for Trustee Expenses (Trustee Firm) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $21,012.93 | $21,012.93 | $0.00 | $0.00 | $0.00 | $21,012.93 |
| Payments to Unsecured Credit Card Holders | $13,661.59 | $13,661.59 | $0.00 | $0.00 | $0.00 | $13,661.59 |
| Trustee Compensation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses | $70.75 | $70.75 | $0.00 | $0.00 | $0.00 | $70.75 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       15-26479
Case Name:      TRISTIN C HICKS
                PARISSA A BOSTON
Trustee Name:   David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $426.26 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $426.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Expenses | $70.75 | $0.00 | $70.75 |
| Auctioneer's fee, Auctioneer for Trustee Fees | $108.00 | $108.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $70.75 |
| Remaining balance: | $355.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $355.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $355.51 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $34,674.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $572.60 | $0.00 | $5.88 |
| 2 | Quantum3 Group LLC as agent for | $451.64 | $0.00 | $4.63 |
| 3 | Quantum3 Group LLC as agent for | $6,424.03 | $0.00 | $65.86 |
| 4 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | $744.17 | $0.00 | $7.63 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | $836.08 | $0.00 | $8.57 |
| 6 | U.S. Department of Education | $21,012.93 | $0.00 | $215.44 |
| 7 | Alliant Credit Union | $579.59 | $0.00 | $5.94 |
| 8 | PYOD, LLC its successors and assigns as assignee | $2,964.14 | $0.00 | $30.39 |
| 9 | PYOD, LLC its successors and assigns as assignee | $526.79 | $0.00 | $5.40 |
| 10 | Synchrony Bank | $562.55 | $0.00 | $5.77 |

Total to be paid to timely general unsecured claims:    $355.51
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**