# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-26479 |
| | § | |
| TRISTIN C HICKS | § | |
| PARISSA A BOSTON | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $12,475.00 | Assets Exempt: | $4,620.15 |
| Total Distributions to Claimants: | $355.51 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $184.49 | | |

3) Total gross receipts of $540.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $540.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $20,029.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $184.49 | $184.49 | $184.49 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $88,127.00 | $34,674.52 | $34,674.52 | $355.51 |
| **Total Disbursements** | $108,156.00 | $34,859.01 | $34,859.01 | $540.00 |

4). This case was originally filed under chapter 7 on 08/03/2015. The case was pending for 31 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/06/2018</u>          By:   <u>/s/ David P. Leibowitz</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 14k white gold and diamond earrings | 1229-000 | $400.00 |
| Movado Series 800 Watch (retail $995) | 1229-000 | $140.00 |
| **TOTAL GROSS RECEIPTS** | | $540.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation | 4110-000 | $20,029.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $20,029.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2200-000 | NA | $70.75 | $70.75 | $70.75 |
| Auctioneer's insurance | 2420-750 | NA | $1.40 | $1.40 | $1.40 |
| auctioneer's insurancer | 2420-750 | NA | $4.00 | $4.00 | $4.00 |
| Green Bank | 2600-000 | NA | $0.34 | $0.34 | $0.34 |
| Auctioneer's fee, Auctioneer for Trustee | 3610-000 | NA | $108.00 | $108.00 | $108.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $184.49 | $184.49 | $184.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $0.00 | $572.60 | $572.60 | $5.88 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $0.00 | $451.64 | $451.64 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; Quantum3 Group LLC as agent for) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.63 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $0.00 | $6,424.03 | $6,424.03 | $65.86 |
| 4 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $744.17 | $744.17 | $7.63 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $836.08 | $836.08 | $8.57 |
| 6 | U.S. Department of Education | 7100-000 | $0.00 | $21,012.93 | $21,012.93 | $215.44 |
| 7 | Alliant Credit Union | 7100-900 | $0.00 | $579.59 | $579.59 | $5.94 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $0.00 | $2,964.14 | $2,964.14 | $30.39 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $0.00 | $526.79 | $526.79 | $5.40 |
| 10 | Synchrony Bank | 7100-900 | $0.00 | $562.55 | $562.55 | $5.77 |
| | Alliant Credit Union | 7100-000 | $579.00 | $0.00 | $0.00 | $0.00 |
| | American General Financial/Springleaf Fi | 7100-000 | $5,288.00 | $0.00 | $0.00 | $0.00 |
| | Arnoldharris | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Avant Inc | 7100-000 | $3,738.00 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $530.00 | $0.00 | $0.00 | $0.00 |
| | Bby/cbna | 7100-000 | $493.00 | $0.00 | $0.00 | $0.00 |
| | Bk Of Amer | 7100-000 | $3,404.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $761.00 | $0.00 | $0.00 | $0.00 |
| | Cbe Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank/The | 7100-000 | $2,998.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Home Depot | | | | | |
| City of Chicago Parking tickets | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Express | 7100-000 | $211.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Harlem Furniture | 7100-000 | $6,514.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Maurices | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Discover Fin Svcs Llc | 7100-000 | $576.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $6,890.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $5,607.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $5,594.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $5,170.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $3,777.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $2,750.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $2,444.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $2,312.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $2,097.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $1,299.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $1,268.00 | $0.00 | $0.00 | $0.00 |
| Fed Loan Serv | 7100-000 | $472.00 | $0.00 | $0.00 | $0.00 |
| GECRB/PayPal Cr | 7100-000 | $562.00 | $0.00 | $0.00 | $0.00 |
| Illinois Tollway | 7100-000 | $981.00 | $0.00 | $0.00 | $0.00 |
| JP Morgan Chase Bank | 7100-000 | $447.00 | $0.00 | $0.00 | $0.00 |
| Mab&t-santander Consum | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nordstrom FSB | 7100-000 | $912.00 | $0.00 | $0.00 | $0.00 |
| Nordstrom FSB | 7100-000 | $524.00 | $0.00 | $0.00 | $0.00 |
| PLS | 7100-000 | $2,808.00 | $0.00 | $0.00 | $0.00 |
| PLS | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Professional Cr Mgmt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Weisfield Jewelers/Sterling Jewelers Inc | 7100-000 | $3,560.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Weisfield Jewelers/Sterling Jewelers Inc | 7100-000 | $511.00 | $0.00 | $0.00 | $0.00 |
| Weisfield Jewelers/Sterling Jewelers Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $88,127.00 | $34,674.52 | $34,674.52 | $355.51 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 15-26479-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | Date Filed (f) or Converted (c): | 08/03/2015 (f) |
| For the Period Ending: | 3/6/2018 | §341(a) Meeting Date: | 09/16/2015 |
| | | Claims Bar Date: | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank of America Checking | $8.00 | $0.00 | | $0.00 | FA |
| 2 | Bank of America Savings | $21.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Bank Checking | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Chase Bank Savings | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Bank of America Checking | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Alliant Credit Union Checking | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Alliant Credit Union Savings | $5.00 | $0.00 | | $0.00 | FA |
| 8 | Security Deposit with Landlord | $300.00 | $0.00 | | $0.00 | FA |
| 9 | Used Household Goods & Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing & Shoes | $700.00 | $0.00 | | $0.00 | FA |
| 11 | 2014 Ford Focus: 20,000 Miles Est. SURRENDER | $12,475.00 | $0.00 | | $0.00 | FA |
| 12 | Wife's Anticipated Tax Refund as of date of filing (u) | $1,333.00 | $0.00 | | $0.00 | FA |
| 13 | Husband's Anticipated Tax Refund as of the date of filing (u) | $1,753.15 | $0.00 | | $0.00 | FA |
| 14 | 14k white gold and diamond earrings (u) | $0.00 | $4,539.00 | | $400.00 | FA |
| Asset Notes: | Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); merchant's retail value of $4,539 greatly overstated; earrings sold at auction for $400 (auction sale authorized at dkt #67). | | | | | |
| 15 | Movado Series 800 Watch (retail $995) (u) | $0.00 | $995.00 | | $140.00 | FA |
| Asset Notes: | Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); watch sold at auction for $140 (auction sale authorized at dkt #67). | | | | | |
| 16 | 14k white gold Neil Lane Bridal set (retail $2,599) (u) | $0.00 | $2,599.00 | | $0.00 | FA |
| Asset Notes: | Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); item never turned over, Debtors claiming that it was returned to creditor post-petition; item to be abandoned (discharge has been denied). | | | | | |
| 17 | 10k white gold wedding band (value at $689) (u) | $0.00 | $689.00 | | $0.00 | FA |
| Asset Notes: | Turnover order entered 7/12/16 (dkt #53), as amended 02/23/2017 (dkt #59); item never turned over, Debtors claiming that it was returned to creditor post-petition; item to be abandoned (discharge has been denied). | | | | | |
| 18 | About $6,000 in furniture purchased around August 2015 (u) | $0.00 | $6,000.00 | | $0.00 | FA |
| 19 | $3,000-4,000 in clothing (u) | $0.00 | $3,500.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| **Case No.:** | 15-26479-JBS | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | HICKS, TRISTIN C AND BOSTON, PARISSA A | | **Date Filed (f) or Converted (c):** | 08/03/2015 (f) |
| **For the Period Ending:** | 3/6/2018 | | **§341(a) Meeting Date:** | 09/16/2015 |
| | | | **Claims Bar Date:** | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $17,095.15 | $18,322.00 | | $540.00 | $0.00 |

**Initial Projected Date Of Final Report (TFR):** 12/31/2017      **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

**FORM 2**

Page No: 1  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-26479-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6786 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***6787 | Account Title: | |
| For Period Beginning: | 8/3/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/04/2017 | | Leonard Auction, Inc. | Proceeds from sale of diamond earrings at auction | * | $316.00 | | $316.00 |
| | {14} | | Gross Proceeds of Auction $400.00 | 1229-000 | | | $316.00 |
| | | | Auctioneer's fee $(80.00) | 3610-000 | | | $316.00 |
| | | | auctioneer's insurancer $(4.00) | 2420-750 | | | $316.00 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.34 | $315.66 |
| 10/03/2017 | | Leonard Auction, Inc. | Proceeds from sale of Movado Watch at auction | * | $110.60 | | $426.26 |
| | {15} | | Gross proceeds from auction $140.00 | 1229-000 | | | $426.26 |
| | | | Auctioneer's fee $(28.00) | 3610-000 | | | $426.26 |
| | | | Auctioneer's insurance $(1.40) | 2420-750 | | | $426.26 |
| 01/30/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $70.75 | $355.51 |
| 01/30/2018 | 3002 | Discover Bank | Claim #: 1; Amount Claimed: $572.60; Distribution Dividend: 1.03%; | 7100-900 | | $5.88 | $349.63 |
| 01/30/2018 | 3003 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.63 | $345.00 |
| | | | Claim Amount $(4.63) | 7100-901 | | | $345.00 |
| 01/30/2018 | 3004 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $6,424.03; Distribution Dividend: 1.03%; | 7100-900 | | $65.86 | $279.14 |
| 01/30/2018 | 3005 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 4; Amount Claimed: $744.17; Distribution Dividend: 1.03%; | 7100-900 | | $7.63 | $271.51 |
| 01/30/2018 | 3006 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 5; Amount Claimed: $836.08; Distribution Dividend: 1.03%; | 7100-900 | | $8.57 | $262.94 |
| 01/30/2018 | 3007 | U.S. Department of Education | Claim #: 6; Amount Claimed: $21,012.93; Distribution Dividend: 1.03%; | 7100-000 | | $215.44 | $47.50 |
| 01/30/2018 | 3008 | Alliant Credit Union | Claim #: 7; Amount Claimed: $579.59; Distribution Dividend: 1.03%; | 7100-900 | | $5.94 | $41.56 |
| 01/30/2018 | 3009 | PYOD, LLC its successors and assigns as assignee | Claim #: 8; Amount Claimed: $2,964.14; Distribution Dividend: 1.03%; | 7100-900 | | $30.39 | $11.17 |
| 01/30/2018 | 3010 | PYOD, LLC its successors and assigns as assignee | Claim #: 9; Amount Claimed: $526.79; Distribution Dividend: 1.03%; | 7100-900 | | $5.40 | $5.77 |
| 01/30/2018 | 3011 | Synchrony Bank | Claim #: 10; Amount Claimed: $562.55; Distribution Dividend: 1.03%; | 7100-900 | | $5.77 | $0.00 |
| | | | **SUBTOTALS** | | $426.60 | $426.60 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-26479-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6786 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***6787 | Account Title: | |
| For Period Beginning: | 8/3/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $426.60 | $426.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $426.60 | $426.60 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $426.60 | $426.60 | |

| For the period of 8/3/2015 to 3/6/2018 | | For the entire history of the account between 09/04/2017 to 3/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $540.00 | Total Compensable Receipts: | $540.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $540.00 | Total Comp/Non Comp Receipts: | $540.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $540.00 | Total Compensable Disbursements: | $540.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $540.00 | Total Comp/Non Comp Disbursements: | $540.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit 9

| Case No. | 15-26479-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HICKS, TRISTIN C AND BOSTON, PARISSA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6786 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | **-***6787 | Account Title: | |
| For Period Beginning: | 8/3/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $426.60 | $426.60 | $0.00 |

**For the period of 8/3/2015 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $540.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $540.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $540.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $540.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2015 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $540.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $540.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $540.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $540.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ